# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FREDERICK WALLACE,

        Plaintiff,

v.                                      Case No.  08-13162

BEACONSHIRE NURSING CENTER,          Honorable Arthur J. Tarnow

        Defendant.

_____/

## ORDER DISMISSING CASE

    Before the court is plaintiff's response to this court's show-cause order.  The response does not show that Mr. Wallace does have a right-to-sue letter from the EEOC.

    Therefore, this court lacks subject-matter jurisdiction over his case.  42 U.S.C. § 2000e-5(f)(1) (the EEOC or Attorney General "shall so notify the person aggrieved and within ninety days after the giving of such notice a civil action may be brought against the respondent named in the charge . . . by the person claiming to be aggrieved"); *Gladstone Realtors v. Village of Bellwood*, 441 U.S. 91, 104 n.12 (1979) ("complainant . . . must obtain a "right-to-sue" letter before proceeding in federal court").

    The complaint is DISMISSED.  The clerk is directed to close this case.


        SO ORDERED.


                              S/ARTHUR J. TARNOW
                              Arthur J. Tarnow
                              United States District Judge

Dated:  February 10, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 10, 2009, by electronic and/or ordinary mail.

                         S/THERESA E. TAYLOR
                         Case Manager